# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF MICHIGAN

In re:                                                 Chapter 13

Jesse W. Campbell                            Case Number 16-02629
Malinda R. Beauchamp
                                                       Honorable:  John T. Gregg
              Debtors
_____/

## <u>NOTICE OF APPEARANCE</u>

         Please take notice that Orlans Associates, P.C. at P.O. Box 5041, Troy, MI 48007 has been

retained as Attorney for Creditor, U.S. Bank Trust, N.A., as Trustee for VOLT 2012-NPL1 Asset

Holdings Trust, in the entitled action.  Copies of all further communications, pleadings, court notices

and other papers should be served upon the undersigned as attorney of record.


                                             Respectfully Submitted,

Date:    June 6, 2016                          __/s/ Craig B. Rule_____
                                             Craig B. Rule, Esq. P67005
                                             Elizabeth M. Abood-Carroll, Esq. P46304
                                             Heather D. McGivern, Esq. P59393
                                             Ryan Byrd, Esq. P75906
                                             Orlans Associates, P.C.
                                             Attorneys for U.S. Bank Trust, N.A., as
                                             Trustee for VOLT 2012-NPL1 Asset
                                             Holdings Trust
                                             P.O. Box 5041
                                             Troy, MI 48007
                                             (248) 502-1400
                                             Email: crule@orlans.com
                                             File Number: 16-006241