Fill in this information to identify your case:

Debtor 1: Jesse W. Campbell

Debtor 2: Malinda R. Beauchamp
(Spouse, if filing)

United States Bankruptcy Court for the: WESTERN DISTRICT OF MICHIGAN

Case number: 16-02629
(If known)

Check if this is:

☒ An amended filing

☐ A supplement showing postpetition chapter 13 expenses as of the following date:

_____
MM / DD / YYYY

# Official Form 106J
## Schedule J: Your Expenses          12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1: Describe Your Household

1. **Is this a joint case?**

   ☐ No. Go to line 2.
   ☒ Yes. **Does Debtor 2 live in a separate household?**
   
   ☒ No
   ☐ Yes. Debtor 2 must file Official Form 106J-2, *Expenses for Separate Household* of Debtor 2.

2. **Do you have dependents?**   ☒ No

   Do not list Debtor 1 and Debtor 2.   ☐ Yes. Fill out this information for each dependent..............

   Do not state the dependents names.

   | Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
   |---|---|---|
   | | | ☐ No / ☐ Yes |
   | | | ☐ No / ☐ Yes |
   | | | ☐ No / ☐ Yes |
   | | | ☐ No / ☐ Yes |

3. **Do your expenses include expenses of people other than yourself and your dependents?**   ☒ No   ☐ Yes

### Part 2: Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form 106I.)

**Your expenses**

4. **The rental or home ownership expenses for your residence.** Include first mortgage payments and any rent for the ground or lot.                                         4.  $              0.00

   If not included in line 4:

   4a. Real estate taxes                                                                 4a. $              0.00
   4b. Property, homeowner's, or renter's insurance                                     4b. $              0.00
   4c. Home maintenance, repair, and upkeep expenses                                    4c. $             25.00
   4d. Homeowner's association or condominium dues                                      4d. $              0.00
5. **Additional mortgage payments for your residence,** such as home equity loans       5.  $              0.00

Official Form 106J                          Schedule J: Your Expenses                                     page 1

Debtor 1   **Jesse W. Campbell**
Debtor 2   **Malinda R. Beauchamp**                              Case number (if known)   **16-02629**

| | | | |
|---|---|---|---:|
| 6. | **Utilities:** | | |
| | 6a. Electricity, heat, natural gas | 6a. $ | **160.00** |
| | 6b. Water, sewer, garbage collection | 6b. $ | **45.00** |
| | 6c. Telephone, cell phone, Internet, satellite, and cable services | 6c. $ | **160.00** |
| | 6d. Other. Specify: | 6d. $ | **0.00** |
| 7. | **Food and housekeeping supplies** | 7. $ | **200.00** |
| 8. | **Childcare and children's education costs** | 8. $ | **0.00** |
| 9. | **Clothing, laundry, and dry cleaning** | 9. $ | **25.00** |
| 10. | **Personal care products and services** | 10. $ | **25.00** |
| 11. | **Medical and dental expenses** | 11. $ | **40.00** |
| 12. | **Transportation.** Include gas, maintenance, bus or train fare. Do not include car payments. | 12. $ | **180.00** |
| 13. | **Entertainment, clubs, recreation, newspapers, magazines, and books** | 13. $ | **0.00** |
| 14. | **Charitable contributions and religious donations** | 14. $ | **0.00** |
| 15. | **Insurance.** Do not include insurance deducted from your pay or included in lines 4 or 20. | | |
| | 15a. Life insurance | 15a. $ | **0.00** |
| | 15b. Health insurance | 15b. $ | **0.00** |
| | 15c. Vehicle insurance | 15c. $ | **150.00** |
| | 15d. Other insurance. Specify: | 15d. $ | **0.00** |
| 16. | **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20. Specify: | 16. $ | **0.00** |
| 17. | **Installment or lease payments:** | | |
| | 17a. Car payments for Vehicle 1 | 17a. $ | **0.00** |
| | 17b. Car payments for Vehicle 2 | 17b. $ | **0.00** |
| | 17c. Other. Specify: | 17c. $ | **0.00** |
| | 17d. Other. Specify: | 17d. $ | **0.00** |
| 18. | **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, *Schedule I, Your Income* (Official Form 106I).** | 18. $ | **0.00** |
| 19. | **Other payments you make to support others who do not live with you.** Specify: | 19. $ | **0.00** |
| 20. | **Other real property expenses not included in lines 4 or 5 of this form or on *Schedule I: Your Income*.** | | |
| | 20a. Mortgages on other property | 20a. $ | **0.00** |
| | 20b. Real estate taxes | 20b. $ | **0.00** |
| | 20c. Property, homeowner's, or renter's insurance | 20c. $ | **0.00** |
| | 20d. Maintenance, repair, and upkeep expenses | 20d. $ | **0.00** |
| | 20e. Homeowner's association or condominium dues | 20e. $ | **0.00** |
| 21. | **Other:** Specify: | 21. +$ | **0.00** |
| 22. | **Calculate your monthly expenses** | | |
| | 22a. Add lines 4 through 21. | $ | **1,010.00** |
| | 22b. Copy line 22 (monthly expenses for Debtor 2), if any, from Official Form 106J-2 | $ | |
| | 22c. Add line 22a and 22b.  The result is your monthly expenses. | $ | **1,010.00** |
| 23. | **Calculate your monthly net income.** | | |
| | 23a. Copy line 12 *(your combined monthly income)* from Schedule I. | 23a. $ | **3,530.66** |
| | 23b. Copy your monthly expenses from line 22c above. | 23b. -$ | **1,010.00** |
| | 23c. Subtract your monthly expenses from your monthly income. The result is your *monthly net income*. | 23c. $ | **2,520.66** |

24. **Do you expect an increase or decrease in your expenses within the year after you file this form?**
For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

   ■ No.
   ☐ Yes.     Explain here:

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF MICHIGAN

**COVER SHEET FOR AMENDMENTS**

CASE NAME: **Jesse W. Campbell / Malinda R. Beauchamp**

CASE NUMBER: **16-02629**

The enclosed documents amend the matrix, schedules and/or list of creditors previously filed in this case. Please check the appropriate boxes:

The purpose of this amendment is to:

☐ Add creditors. How many? _____

☐ Correct the addresses of creditors already listed on the schedules and matrix previously filed. (Use back of this form)

☐ File new schedules because the case has been converted to another chapter and amendments are required by the court rules.

☑ Other (please explain) **amend Schedule J**

THE FOLLOWING DOCUMENTS ARE ATTACHED:

☐ **$30.00 AMENDMENT FEE**. This fee is required whenever you add creditors to a case. The fee is not required when correcting addresses of previously listed creditors. It is not required when new schedules are filed in a converted case.

☐ AMENDED SCHEDULES AND LIST OF CREDITORS. Send the <u>original and as many copies as are required by Local Bankruptcy Rule 1007.1</u>. Schedules must be verified by the debtor(s).

☐ MATRIX. Send a matrix in the new format, **listing only the amended creditors being added**. Please do not send a matrix adding creditors to a case unless you also send the amended schedules. Do not send a new matrix to correct an address – use the back of this form. The creditor matrix must adhere to the form required by the Clerk. Effective July 9, 2003, the Clerk's Office will **only** accept creditor matrices on diskette. The customer should save the matrix to disk in ASCII format, as a TXT file. The matrix should be saved on disk with a file name of the debtor's last name and first initial (i.e. SmithK.txt). The verification of matrix is still required and must be submitted in hard copy along with the disk containing the matrix file. A Verification of Matrix form must be signed by the attorney preparing the matrix. (DO NOT SIGN THE ACTUAL MATRIX.)

<u>NOTE</u>: BR 1009 requires the attorney amending such pleadings to notify parties affected by the amendments.

CORRECTIONS TO MAILING MATRIX

Use this form to make corrections to the names and addresses of any creditors or parties in interest who are listed on the current matrix of the case. You may also delete names from the matrix by using this form.

### ***DO NOT USE THIS FORM TO ADD NEW CREDITORS TO THIS CASE.***

NAME OF CREDITOR (As it now appears)  _____

**Previous address:**  _____
Please change to  _____
the following:  _____
  _____

NAME OF CREDITOR (As it now appears)  _____

**Previous address**:  _____
Please change to  _____
the following:  _____
  _____

NAME OF CREDITOR (As it now appears)  _____

**Previous address**:  _____
Please change to  _____
the following:  _____
  _____

Signed: **/s/ David G. Lutz**
Signed: **/s/ Jesse W. Campbell**
Signed: **/s/ Malinda R. Beauchamp**

IF YOU HAVE MORE CHANGES JUST COPY THIS SHEET AND KEEP TYPING