# UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF MICHIGAN

In Re: Jesse Campbell & Malinda Beauchamp

_____ ,

Debtor(s)

_____ /

Case #: 16-02629
Chapter 13
Hon. Gregg
Filed: November 7, 2016

## SECOND AMENDED CHAPTER 13 PLAN PRE CONFIRMATION

☐ Check this box if this plan deviates in any way from the model plan. **Specify the deviations in Section IV. P**.

II. **FUNDING**

A. **PLAN PAYMENT** The Debtor(s) shall make payments in the amount of $ _2,739.95_ per ( ) week, ( ) bi-weekly, ( ) semi-monthly, ( X ) monthly, and/or ( ) Other (see "Additional Plan Payment Provisions" below) for the minimum of the Applicable Commitment period (ACP).

( ) **Additional Plan Payment Provisions:**

**2.** Priority Tax Claims are allowed claims under Section 507 and shall be paid in full by the Trustee.

Post-petition priority tax claims-absent objection, post-petition priority claims shall be paid in full pursuant to 11 U.S.C. Section 1305(a)(1) and (b). Any portion of the § 1305 claim that is not paid through the Chapter 13 plan for whatever reason, including dismissal or conversion to Chapter 7, will remain non-dischargeable, even if the debtor(s) receive(s) a discharge.

**Mandatory information:**

| Creditor | Estimated Amount[i] | Nature of Debt |
|---|---|---|
| **Internal Revenue Service** | **$6,994.35** | **Income Tax** |
|  |  |  |

E. **UNSECURED CREDITORS**

1. **General Unsecured Creditors:** Claims in this class are paid from funds available after payment to all other classes. The payment allowed to the general unsecured claimants will be satisfied by:

    ( X ) Payment of a dividend of 100%. Plus present value of \_\_\_\_% interest, if necessary to satisfy the Best Interest of Creditors Test, **OR**

    ( ) Payment of a pro-rata share of a fixed amount of $\_\_\_ set aside for creditors in this class or for the ACP, whichever pays more. This fixed amount shall be reduced by additional administrative expenses including attorney fees. However, this fixed amount shall not be reduced below the liquidation value specified in Provision I.B.

---

[i] Projected claims as follows: the amount stated is an estimate only; the claim controls as to the amount of the debt.

Date:    11/7/2016                              /s/ Jesse W. Campbell

                                                            Jesse W. Campbell , Debtor

Date:    11/7/2016                              /s/ Malinda R. Beauchamp

                                                             Malinda R. Beauchamp , Debtor

Date:    11/7/2016                              /s/ David G. Lutz

                                                             David G. Lutz P53665     , Counsel for the Debtor

                                                             6250 Orchard Lake Rd, Suite B

                                                             West Bloomfield, MI 48322

                                                             248.714.1650

                                                             Davidlutzlaw@gmail.com