## UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF MICHIGAN

In re:

Jesse W. Campbell,                              Case No. GL 16-02629
Malinda R. Beauchamp,                    Chapter 13
                                                         Honorable John T. Gregg

_____ Debtors./

## ORDER GRANTING UNITED STATES TRUSTEE'S
## MOTION FOR RELIEF UNDER 11 U.S.C. § 329(b)

This matter having come before the Court on the Motion of the United States Trustee for relief under 11 U.S.C. Section 329(b); a hearing having been held on June 14, 2017; the United States Trustee and David Lutz having appeared; the Court having determined that the relief requested should be granted as to David Lutz and David Lutz Law PC for the reasons stated on the record; now, therefore,

IT IS ORDERED THAT:

1.       **THE DEBTORS MAY CONTACT ATTORNEY HAROLD NELSON AT 616-233-5228 FOR ASSISTANCE IN RETAINING SUBSTITUTE COUNSEL IN THIS MATTER.**

2.       Any retention agreement between the Debtors and David Gerald Lutz and/or David Lutz Law PC (together "Lutz") is cancelled and unenforceable.

3.       Lutz is allowed attorney fees in this case of $330.00.

4.       Within 14 days of entry of this Order, Lutz shall disgorge to the Debtors the amount of $2,560.00 by check made payable to "Jesse Campbell and Malinda Beauchamp."

5.  Also within 14 days of entry of this Order, Lutz shall file an affidavit with the Court stating:

        a.  the amount disgorged to the Debtors;

        b.  the date on which it was disgorged;

        c.  the means by which it was disgorged; and,

        d.  the address to which the disgorged funds were sent.

6.  Upon reasonable request of the U.S. Trustee and/or Chapter 13 Trustee, Lutz shall provide proof of payment or an accounting regarding the disgorged funds.

7.  This Order is subject to further review if the Court, U.S. Trustee or Chapter 13 Trustee discovers that Lutz received additional, undisclosed fees.

8.  The Clerk shall serve this Order on the Debtors, Lutz, the Chapter 13 Trustee, and the U.S. Trustee.

**END OF ORDER**

Order Prepared By:
Michelle M. Wilson
Trial Attorney
Office of the United States Trustee
125 Ottawa Avenue, NW, Suite 200R
Grand Rapids, Michigan 49503
(616) 456-2002, ext. 119

**Signed: June 15, 2017**





John T. Gregg
United States Bankruptcy Judge